**91–2348.** Shawnee Twp. v. Allen Cty. Budget Comm. Board of Tax Appeals, No. 87–F–19. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.

**91–2544.** State v. Johnson. *Lake County*, No. 90–L–15–102. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., HOLMES, WRIGHT and RESNICK, JJ., concur.

SWEENEY, DOUGLAS and H. BROWN, JJ., dissent.

## MOTION DOCKET

**90–1868.** State v. Combs. *Hamilton County*, No. C–880156. On motion for stay. Stay granted.

**90–2383.** State, ex rel. Kaska, v. Indus. Comm. *Franklin County*, No. 89AP–382. On request for oral argument. Request denied.